# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BARBARA E. CUMERFORD,** | |
| Plaintiff, | **No. 8:05-cv-00513-JFB** |
| v. | **ORDER** |
| **JOANNE B. BARNHART,** Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for an extension of time to file his brief (Docket No. 9). For good cause shown,

IT IS ORDERED:

1) Plaintiff shall file a brief no later than March 31, 2006;

2) Defendant shall respond within thirty (30) days thereafter.

DATED this 14th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge